■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMONE PEOPLES, Appellant. [937 NYS2d 913]

Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN S. BRASWELL, Appellant. [938 NYS2d 495]

Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. HYERS, Appellant. [938 NYS2d 494]

Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.